UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cr-126-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| SHAUN ANTONIO LINDSEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 24).

**ORDER**

**IT IS HEREBY ORDERED** that within 20 days the Government shall file a response to Defendant's motion.

Signed: February 3, 2025

Max O. Cogburn Jr.
United States District Judge

1